United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JANE DOE,

        Plaintiff,

    v.

MATIAS CUEVAS, et al.,

        Defendants.

Case No. 20-cv-06996-AGT

**ORDER DENYING MOTION FOR SERVICE BY PUBLICATION**

Re: Dkt. No. 65

In light of the fact that a home address has been located for Matias Cuevas and provided to plaintiff's counsel, *see* Dkt. 67, plaintiff's motion to serve Cuevas by publication is denied. Service by publication is a means of last resort, *see* Cal. Civ. Proc. Code § 415.50(a), so plaintiff must first attempt to serve Cuevas by other means—i.e., in person, by mail, by substitute service, or by more than one of these methods if necessary. *See* Cal. Civ. Proc. Code §§ 415.10, 415.20, 415.30. The next case management conference remains scheduled for October 8, 2021.

**IT IS SO ORDERED.**

Dated: September 24, 2021

ALEX G. TSE
United States Magistrate Judge